# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **SEN ZHANG**, <br><br> **Plaintiff,** <br><br> v. <br><br> **THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,** <br><br> **Defendants.** | Civil Action No. 24-cv-08739 <br><br> Presiding: Jorge L. Alonso <br><br> Magistrate: Jeannice W. Appenteng |

## **PLAINTIFF'S MOTION TO STRIKE**

Due to the undersigned's oversight, Plaintiff inadvertently filed a notice of voluntary dismissal that is meant to be filed in a separate case. [ECF No. 67]

The undersigned apologizes for the confusion caused and respectfully requests to remove this filing.

Dated: 10/18/2024

/s/Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

1