# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEN ZHANG, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No. 1:24-cv-08739 <br><br> Hon. Judge Jorge L. Alonso <br><br> Hon. Magistrate Judge Jeannice W. Appenteng |

## **DEFENDANT #24 TITITEX'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION**

Because Plaintiff failed to satisfy each of the four prerequisites for obtaining preliminary injunctive reliefs, Defendant #24 Tititex, by and through its counsel, respectfully moves this Honorable Court to dissolve the preliminary injunction entered on October 16, 2024 and lift the asset restraint against Tititex.

A supporting memorandum of law is submitted concurrently herewith.

Dated: November 11, 2024

Respectfully Submitted,

*/s/ Zheng Gong*
Zheng Gong
Illinois Bar No. 6323959
ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
Email: zheng.gong@shinyrise.com
Phone: 312-612-0288

*/s/ Sen Wang*
Sen Wang
Illinois Bar No. 6324817

Venture Partner, LLC
401 N. Michigan Ave, Suite 1200
Chicago, IL 60611
Email: wang@venturepartner.law
Phone: 312-840-8228

*Counsel for Tititex*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing paper was filed electronically with the Clerk of the Court using the CM/ECF system on the date below, which will send notification of such filing to all counsel of record.

Date: November 11, 2024                                                          */s/ Zheng Gong*