UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEN ZHANG, <br><br> **Plaintiff,** <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> **Defendants.** | Civil Action No. 24-cv-08739 <br><br> Presiding: Jorge L. Alonso <br><br> Magistrate: Jeannice W. Appenteng |

**PLAINTIFF'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff Sen Zhang ("Plaintiff") hereby moves the Court pursuant to Fed. R. Civ. P. 12(h)(3) to dismiss this action with prejudice for lack of subject matter jurisdiction based on Plaintiff executing a covenant not to sue Defendant, thereby extinguishing the only claim in this action. The bases for this Motion are more fully discussed in the accompanying brief.

The undersigned counsel for Plaintiff hereby certifies that he has conferred with Defendant's counsel in good faith to resolve or narrow the issue herein. Concurrence was sought but was not obtained.

Date: September 11, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ Keaton Smith
　　　　　　　　　　　　　　　　　　　　　Keaton Smith ARDC 6347736
　　　　　　　　　　　　　　　　　　　　　Shengmao (Sam) Mu, NY #5707021
　　　　　　　　　　　　　　　　　　　　　Abby Neu ARDC 6327370
　　　　　　　　　　　　　　　　　　　　　**WHITEWOOD LAW PLLC**
　　　　　　　　　　　　　　　　　　　　　57 West 57th Street, 3rd and 4th Floors
　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　Telephone: (917) 858-8018
　　　　　　　　　　　　　　　　　　　　　Email: smu@whitewoodlaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, as permitted in the entered Preliminary Injunction Order.

By: /s/ Keaton Smith
Keaton Smith ARDC 6347736
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*
